IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDRE BOYER,<br>PENNSYLVANIA S.I.T.E.S. AGENTS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PHILADELPHIA, *et al.*,<br><br>Defendants. | CIVIL ACTION<br><br>No. 23-2885 |

## STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND

It is hereby stipulated an agreed, by and between the undersigned counsel, that the time within which Defendants, Philadelphia District Attorney's Office and Lawrence S. Krasner may file an Answer or otherwise respond to the Complaint is extended to and includes Monday, November 27, 2023.

By: /s/ Joshua Niemtzow

Joshua Niemtzow, Esq.
Assistant District Attorney
Philadelphia District Attorney's Office
Three South Penn Square, 13th Floor
Philadelphia, PA 19107

Attorney for Defendants
Philadelphia District Attorney's Office
and Lawrence S. Krasner

By: /s/ Joel A. Ready

Joel A. Ready, Esq.
Cornerstone Law
8500 Allentown Pike, Suite 3
Blandon, PA 19510

Attorney for Plaintiffs Andre Boyer
and Philadelphia S.I.T.E.S. Agents, LLC

      /s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL, J**

Date: November 8, 2023