# EXHIBIT 5

Commonwealth of Pennsylvania  
Municipal Court  
County of Philadelphia  
1st Judicial District



**NOTICE OF TRIAL**     FILE COPY

Commonwealth of Pennsylvania  
v.  
ANDRE BOYER

| MC Criminal Listing Department |
|---|
| Justice Juanita Kidd Stout Center for Criminal Justice |
| 1301 Filbert Street |
| Philadelphia, PA 19107 |
| PH: 215-683-7004 |

Docket No:     MC-51-CR-0004912-2021

You are hereby DIRECTED to appear for a/an Trial in the above-captioned case to be held on/at:

| Date: October 19, 2021 | Location: 706 - The Justice Juanita Kidd Stout Center for Criminal Justice |
| --- | --- |
| Time: 12:00 pm | 1301 Filbert Street |
| | Philadelphia, PA 19107 |

**To the Defendant:**

**You should discuss this matter promptly with your attorney. If you fail to appear as required or comply with the conditions of the bail bond, if any, then the bond shall remain in full force, and the full sum of the monetary condition of release may be forfeited and your release may be revoked. In addition, a warrant for your arrest may be issued. Bring this notice with you.**

**If you fail to appear without cause at any proceeding for which your presence is required, including trial, your absence may be deemed a waiver of your right to be present, and the proceeding, including the trial, may be conducted in your absence.**

**If you are disabled and require a reasonable accommodation to gain access to the Philadelphia County Municipal Court and its services, please contact the Philadelphia County Municipal Court at the above address or telephone number. We are unable to provide transportation.**

**Note:** Case rescheduled due to administrative closure.

Primary Participant Name and Address:  
BOYER, ANDRE

MC-51-CR-0004912-2021 Comm. v. BOYER, ANDRE  
Trial Scheduled 10/19/2021 12:00PM



8673357701