IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDRE BOYER, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | No. 23-cv-2885 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |
| | : | |
| Defendants. | : | |

## STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND

It is hereby stipulated and agreed, by and between undersigned counsel, that the time within which Defendants the City of Philadelphia, Glaviano, Wallace, Poulos, Long, O'Shaughnessy, Bilal, Newsome, and O'Leary may file an Answer or otherwise respond to the Second Amended Complaint is extended to and includes Monday, December 18, 2023.

/s/ *Danielle B. Rosenthal*
DANIELLE B. ROSENTHAL
Deputy City Solicitor
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA  19102-1595
(215) 683-5448 (phone)
(215) 683-5397 (fax)
*danielle.rosenthal@phila.gov*

Counsel for Defendants the City of Philadelphia, Glaviano, Wallace, Poulos, Long, O'Shaughnessy, Bilal, Newsome, and O'Leary

/s/ *Joel A. Ready*
JOEL A. READY
Cornerstone Law
8500 Allentown Pike, Suite 3
Blandon, PA 19510
(610) 926-7875 (phone)
(484) 930-0054 (fax)
*joel@cornerstonelaw.us*

Counsel for Plaintiffs Andre Boyer and Pennsylvania S.I.T.E.S. Agents LLC

/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL, J**

Date: November 27, 2023