IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDRE BOYER and PENNSYLVANIA S.I.T.E.S. AGENTS, LLC,<br>　　　　　　Plaintiffs,<br>　V.<br><br>CITY OF PHILADELPHIA, et al.,<br>　　　　　　Defendants. | Civil Action No. 5:23-CV-02885-JLS<br><br>JURY TRIAL OF 12 DEMANDED |

**ENTRY OF DEFAULT**

It appearing that the Complaint was filed in this case on July 27, 2023; that the summons and complaint were duly served upon the Defendant, Philadelphia Lodge No. 5, Fraternal Order of Police, and no answer or other pleading has been filed by the Defendant as required by law;

Therefore, upon request of the Plaintiff, default is hereby entered against the Defendant, Philadelphia Lodge No. 5, Fraternal Order of Police, as provided in Rule 55(a), Federal Rules of Civil Procedure.

　　　　　　　　　　　　　　　　　　　George V. Wylesol, CLERK


By: _____
　　　Deputy Clerk

1