IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDRE BOYER, et al.,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | No. 23-cv-2885 |
| | : | |
| **CITY OF PHILADELPHIA, et al.** | : | |
| | : | |
| **Defendants.** | : | |

**~~PROPOSED~~ ORDER**

AND NOW, this __11th__ day of December 2023, upon consideration of the Unopposed Motion for Leave to File Excess Pages filed by the City of Philadelphia, Glaviano, Wallace, Poulos, Long, O'Shaughnessy, Bilal, Newsome, and O'Leary (the "City Defendants"), it is hereby ORDERED that the City Defendants' Motion is GRANTED.  The City Defendants may file a brief in support of their motion to dismiss that does not exceed thirty-five (35) pages, excluding cover sheets and certificates.

BY THE COURT:

/s/ Jeffrey L. Schmehl
_____
J.