# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDRE BOYER and PENNSYLVANIA S.I.T.E.S. AGENTS, LLC,<br>              Plaintiffs,<br>  V.<br>CITY OF PHILADELPHIA, et al.,<br>              Defendants. | Civil Action No. 5:23-CV-02885-JLS<br><br>JURY TRIAL OF 12 DEMANDED |

## PROPOSED ORDER

AND NOW, this ____19th_____ day of December 2023, upon consideration of the Unopposed Motion for Leave to File Excess Pages filed by Plaintiffs Andre Boyer and Pennsylvania S.I.T.E.S. Agents, LLC ("Plaintiffs"), it is hereby ORDERED that the Plaintiffs' Motion is GRANTED. The Plaintiffs may file a brief in opposition to Defendants Philadelphia District Attorney's Office's and District Attorney Lawrence Krasner's Motion to Dismiss (ECF No. 21) not to exceed thirty-one (31) pages, excluding cover sheets and certificates.

BY THE COURT:

/s/ Jeffrey L. Schmehl

J.