IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ANDRE BOYER,<br>PENNSYLVANIA S.I.T.E.S. AGENTS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PHILADELPHIA, *et al.*,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>: CIVIL ACTION<br>:<br>: No. 23-2885<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATION EXTENDING TIME TO FILE REPLY

It is hereby stipulated an agreed, by and between the undersigned counsel, that the time within which Defendants, Philadelphia District Attorney's Office and Lawrence S. Krasner may reply to Plaintiff's Brief in Opposition to its motion is extended to and includes January 8, 2024.

By: */s/ Joshua Niemtzow*

Joshua Niemtzow, Esq.
Attorney for Defendants
Philadelphia District Attorney's Office
and Lawrence S. Krasner

By: */s/ Joel A. Ready*

Joel A. Ready, Esq.
Attorney for Plaintiffs Andre Boyer
and Philadelphia S.I.T.E.S. Agents, LLC

By: */s/ Danielle Rosenthal*

Attorney for Defendants
City of Philadelphia, Sheriff Rochelle Bilal
Marcus O'Shaughnessy, William O'Leary,
Frank T. Wallace, Lieutenant Long, James Poulos,
Anthony Glaviano, and Wanda Newsome

/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL, J**

Date: December 21, 2023