IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDRE BOYER and PENNSYLVANIA S.I.T.E.S. AGENTS, LLC,<br>               Plaintiffs,<br>  V.<br>CITY OF PHILADELPHIA, et al.,<br>               Defendants. | Civil Action No. 5:23-CV-02885-JLS<br><br>JURY TRIAL OF 12 DEMANDED |

**PROPOSED ORDER**

AND NOW, this ___3rd___ day of the month of ___January___, in the year ___2024___, upon consideration of the Unopposed Motion for to File Amended Brief filed by Plaintiffs Andre Boyer and Pennsylvania S.I.T.E.S. Agents, LLC ("Plaintiffs"), it is hereby ORDERED that the Plaintiffs' Motion is GRANTED. The Plaintiffs' Amended Brief submitted at ECF No. 36 is accepted for filing by the Court.

BY THE COURT:

/s/ Jeffrey L. Schmehl
Hon. Jeffrey L. Schmehl

1