IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **ANDRE BOYER,** | : |
| **PENNSYLVANIA S.I.T.E.S. AGENTS, LLC,** | : |
| **Plaintiffs,** | : CIVIL ACTION |
| v. | : No. 23-2885 |
| **CITY OF PHILADELPHIA,** *et al.*, | : |
| **Defendants.** | : |

## PROPOSED ORDER

AND NOW, this _____ day of January 2024, upon consideration of the Unopposed Motion for Leave to File Excess Pages filed by the Philadelphia District Attorney's Office and Philadelphia District Attorney Lawrence S. Krasner (the "DA Defendants"), it is hereby ORDERED that the DA Defendants' Motion is GRANTED. The DA Defendants' Reply Brief submitted at ECF No. 45-1 is accepted for filing by the Court.

BY THE COURT:

_____
Hon. Jeffrey L. Schmehl

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDRE BOYER, <br><br> PENNSYLVANIA S.I.T.E.S. AGENTS, LLC, <br><br>           Plaintiffs, <br><br> v. <br><br> CITY OF PHILADELPHIA, *et al.*, <br><br>           Defendants. | CIVIL ACTION <br><br> No. 23-2885 |

## DA DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES

Defendants, the Philadelphia District Attorney's Office and Philadelphia District Attorney Lawrence S. Krasner ("DA Defendants"), files the following Motion for Leave to File Excess Pages, in support thereof averring as follows:

1. This action was commenced by Plaintiffs with the filing of a Complaint on July 27, 2023. (ECF No. 1).

2. On October 19, 2023, Plaintiffs filed a Second Amended Complaint. (ECF No. 18).

3. On November 16, 2023, the DA Defendants filed a Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), seeking the dismissal of each count plead against them in the Second Amended Complaint. (ECF No. 21).

4. On December 18, 2023, Plaintiffs filed a 31-page Response in Opposition to the DA Defendants' Motion to Dismiss. (ECF 30).

5. On December 27, Plaintiffs filed a Motion to Amend their Response in

Opposition. (ECF 37), and contemporaneously filed a 38-page Amended Response (ECF 36), which the Court accepted as filed on January 3, 2024. Consequently, any reply is due on January 10, 2024.

      6.      In their Amended Response, Plaintiffs assert that the DA Defendants neglected certain claims/legal theories that Plaintiffs' raised in their Complaint. Given the length and complexity of the arguments raised in the Amended Brief, and that Plaintiffs' substantially exceeded the normal page allotment in their Response, the DA Defendants would respectfully request a small number of additional pages to address Plaintiffs' expanded-upon arguments.

      7.      The DA Defendants note that they did not request any additional pages for their Motion to Dismiss.

      8.      Accordingly, the undersigned counsel respectfully requests that the Court grant a five-page extension of the 10-page limit, and permit a reply of up to 15 pages.

WHEREFORE, the DA Defendants respectfully ask that their motion for leave to file excess pages be GRANTED.

Dated:  January 8, 2024                    Respectfully submitted,

                                      /s/ *Joshua B. Niemtzow*
                                      Joshua B. Niemtzow
                                      Assistant District Attorney
                                      Philadelphia District Attorney's Office
                                      3 S. Penn Square, 13th Floor
                                      Philadelphia, PA  19107
                                      (215) 686-7644 (phone)
                                      *josh.niemtzow@phila.gov*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ANDRE BOYER,** : | |
| : | |
| **PENNSYLVANIA S.I.T.E.S. AGENTS, LLC,** : | |
| : | |
| Plaintiffs, : | |
| : | **CIVIL ACTION** |
| v. : | |
| : | **No. 23-2885** |
| : | |
| **CITY OF PHILADELPHIA,** *et al.*, : | |
| : | |
| Defendants. : | |
| : | |

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 8, 2024, true and correct copies of the foregoing document were served on all parties of record via the Court's e-filing system.

Respectfully submitted,

*/s/ Joshua B. Niemtzow*

*Counsel for Defendants Philadelphia District Attorney's Office and District Attorney Lawrence S. Krasner*