# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDRE BOYER, *et al*, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-2885 |
| | : | |
| CITY OF PHILADELPHIA, *et al.* | : | |

## O R D E R

**AND NOW,** this 24th day of January, 2024, it is hereby **ORDERED** that oral argument shall be held on all pending motions in this matter on March 11, 2024, at 2:00 p.m. in the Courtroom of the undersigned, The Gateway Building, 201 Penn Street, 5th floor, Reading, Pennsylvania.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.